United States District Court
for the District of Oklahoma
Oklahoma City Division

**FILED**
MAR 24 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

Pedro Rodriguez Cortez      **CIV 21 0252 D**
Vs
Great Plains Correctional Facility
et all.

Great Plains Correctional Facility
et all... Warden Fox
Case No: "Tort Claim" for Discrimination
and wrongful action toward Prisoner,
false imprisonment and putting
in danger the life of a Prisoner.

## Motion To bring to Court The "Tort Claim"

For Damages to Property and Prisoner abuse Plus the Discrimination and the "False imprisonment" to my Person.

Dear United States District Court Honorable Judge, I would like to ask to Your Honor to Please do "Grant me my Petition under the "Tort Claim" for the Amount of Ten Million Dollars (10.000.000) for the wrongful Treatment to a Prisoner in Violation of the United States Constitution's Fourth Amendment based on the Violation to the Prisoners Rights, Discrimination, and for Putting the Prisoner in danger Plus the false incarceration or imprisonment.

I have Put everything in this Papers because I don't have any of the correct, and Real Forms to Put in this Petition of the "Tort Claim."

Thank You Very Much Your Honor.
Sincerely Yours Truthfully
Name => Peter Rodriguez Cortez
Signature => Peter R Cortz            Dated 3/22/2021

Unite States District Court
for the District of Oklahoma
200 Northwest Forth Street
Oklahoma City, Oklahoma 73102

Pedro Rodriguez Cortez
Vs.
Great Plains Correctional
Facility an all.

Great Plains Correctional Facility
Warden Mr Fox
Case No: Tort Claim for an amount
of US currency owed to inmate, and
discrimination toward a food service
worker at this facility above.

"Tort Claim" Motion to take to the Federal Court the G.P.C.F. for Discriminating a Food Service worker from being paid an amount of U.S. currency, the way that all the other Food Service have been paid during the quarenteen and the absents from the Food Service because of the illness and the quarenteen statutes.

Dear: Mr Fox, facility warden, I have tried all that I could not to end in the federal court argumenting this case but I have no other choice but to take this case to the federal court to have the case hearing in the court so that my problem be resolved by a United States Federal Judge from Oklahoma.

①: The fact is that I spoke to you sir, so that you sir, could take care of this matter but, since you sir, don't have the authority to do this without your jurisdiction I have been forced to seek my problem to the United States Courthouse.

②: The fact that I have been giving the ran around and my problem got bigger that what it was at the beggining, and all I wanted was to be treated equal with the other food service workers, and to be paid as the way that each of the food service workers have been paid untill now.

③: The way that my treatment have been going on, and on, and it's not the correct way to discriminate one of all the other workers whom are not working as for right now because of the quarenteen statutes.

③: The fact that I have been told a few times already that I didn't existed in the Food Service Department, and then I have been told that I was found but that I was not going to be paid because I was not at the food service reporting for work, and then again I was told that I was found in the food service and that they have a check that was made for me because I only worked for 4 days in food service department, and how come they made the 4 days paid check for me if I was not a food service worker?

④: The fact that I had worked for Food Service ever since March, and I worked for 3 weeks before going into the Covic 19 quarenteen. in the minimum as a Line Server for Food Service Server 2.

②: The fact that when I went into the Covic 19 quarenteen, I was taken from the Food Service work list and in some way discriminated by the Food Service because I was a new comer and they took me off the work list so that they did not had to pay me too, as they had to pay all the other Food Service workers that were in quarenteen at that time and untill now.

⑤: that is that I didn't know that all the workers whom were in quarenteen where being paid their pay checks from Food Service, even though they were not working or not reporting to work for all those months and were getting paid;

ⓐ: I put in my first complaint to Food Service Department asking for my paycheck, and I was told that I had never worked for Food Service Department at all.

ⓑ: I made an inmate request to let the warden know of my little problem with Food Service Department asking to Mr Fox the Facility Warden and Facility Administrator to see about my little problem with the Food Service Department and Mr. Fox the warden, ordered an investigation to have my problem reasolved as soon as possible but untill now, my little problem was made into this big problem now.

ⓒ: I wanted to be treated equal to the rest of the kitchen workers that were and are still getting their paychecks without reporting to Food Service for work.

ⓐ: I was told that I was paid and that I was going to be paid some back paid from the beginning or from the date that I started working for Food Service, and so, I was paid the sum of 119 dollars for 10 months that I did not received any pay.

ⓑ: My Discrimination started at the time in which I was taken off from the work list so that I could not get paid because I was just being started working for the Food Service department. And so, this happened at the time that I went into the Covic 19 quarenteen; Discriminated from the rest of the Food Service workers. Yes, I was discriminated.

ⓔ: the fact that I was working for Food Service and then taken from the workers list just because I got sick with the Corona 19 and put into the quarenteen plus, I didn't get the payments from the month of March untill now.

ⓓ: Food Service administrator, told me that I didn't existed, and that I did not worked in Food Service and then they said I did worke for Food Service, then they said that I was not even hired by Food Service and then they said they had made a paycheck for me based on that worked for Food Service for only 4 days and that the check was made for $5.00 dollars because it was made for under the pay grade at 14 cent per hour. We are talking back in the month of March.

I am writing for the correction to my paychecks starting from March 2019 untill now. There is evedenced that I got paid 2 checks at pay grade of 19 cent per hour and I don't know why they paid me the back pay check at the 14 cent per hour, I am asking for the correction to my problem and this is the time to give the order so that my argument be taken to the very federal courthouse for the Tort claim hearing unless we fix this problem before the court hearing.

I spent one year incarcerated in the prison within the prison in violation of the prisoners rights, violation to the united states constitutions Fourth Amendment.

(4): All got started back in March of 2020 and I finally got released from the prison within the prison in March, but it was a wrongful action done to my person for keeping me locked in the segregation unit for not violating any of the rules and regulations from this facility or for not committing any other crime to had been placed in the segregation unit.

(C): I was told that I was placed into quareteen for the Covic 19 that got started over a Covic 19 infectation that occured in April of 2020 because of some new arrivels, whom came into this facility infected with the Covic 19 virous.

①: The first violation of the prisoners right violation was done at the time that the facility had said that they were gona stop all people from coming in as visitors to put the facility into quareteen but, in April, they broke the quareteen rule themself, and did, brough in a bus full of infected prisoners from somewhere in oklahoma.

②: The failure to keep me safe from getting infected was committed in April 2020, and I was put into danger by their mistakes and because of their error, they put me into a quareenteen statutes but instead of taking me to the hospital, I was placed in the shoe, the segregation unit, the prison within the prison. ①: I spent a few weeks in the segregation unit, and then I was moved to a room in the health unit and kept locked in a cell for a few weeks, and the nurses made they run arounds every other day but I was kept in the same room locked as the same way that I was in the segregation unit, no difference I was in the room, and then I was taken to the Bravo unit and I was kept locked in the unit for a few months and there at the Bravo unit, they made the covic 19 test that made them think that I could had gotten infected. but, after the few months in the Bravo unit, I was moved to EF unit and they kept 8 people in one cell as for the Covic 19 quareenteen.

②: I was told that I had gotten the symtoms of the covic 19 infection but they couldn't said if I was infected or not, because they didn't know the correct answer to the question.

ⓔ: The way that I was put into danger by the facility an all made me want to take the facility into a court hearing for a compensation of an amount to have me compensated for their wrongful activity, and for the violation of the prisoners rights, because the facility an all illegal activity punished me for no reason at all. ①: I was put into segregation for one year and by doing so, they violated the united states constitutions fourth amendment, for the false imprisonment and the cruel punishment that I received for one year. The "Prisoners Rights" were violated in April of 2020, when the facilities personel, put me in danger, by bringging into the facility the infected prisoners from a county from oklahoma state when the facility personel had said that they had orders not receive any new prisoners starting in March, but, they desobayed the order and brough a bus loaded of prisoners whom were infected, and then, everyone got infected, or not, but so, they said, that we were infected, and that was why I was placed into the shoe, the sagregation unit as for the quarenteen. The "Rights" of the "Prisoners" were Violated

and therefore I would like to ask in a Tort claim for damages to my person, the amount of 10.000.000 Ten million Dollars for the facility an all wrongful action made to me.

⑦: The fact that I think that I am right about my case and there is evedenced that I did worked in food service. and there is the case of Discrimination on the part of the food service Administrators who did the wrongful action of taking me off from the workers list to prevent a payment to me because I was the new worker whom was to be taken from the work list, to save some payments to the food service department.

③: I had a little talk with the food service Administrator, and he said that I was not even hired to work in food service department, that I was put to work for food service department in the Dinning hall 2 as for a tryout to see if I was going to be hired to work for food service, and that I only worked for 4 days and that they found the checkstuff from the check the food service department made as for a 4 days payment to my person.

ⓑ The fact that I was found, by the food service Administrator and he said that I only work for 4 days in food service, does contradicted himselve at the time and the 4 day payment does an it's the proven fact that I was hired at time in the month of March.

ⓒ: The fact that there is evedenced of the two payment done at pay grade 29 cent per hour. in the amount of 47.⁰⁰ dollar each and these two checks were paid to me on the month of July and August and these are the only payments I have received in the amount of 47.⁰⁰ dollar becase I was paid on the paygrade of 29 cent per hour, and I am not happy for the way that the food service Administrator ordered my backpay at 14 cents per hour when I was in the pay grade at 29 cent an hour.

This is Just "Ground One": The Food Service department illegal activit for which I would like to ask to be corrected as soon as possible.

"Ground Two:"

I want to say that the G.P.C.F and all, have violated my prisoners rights by putting me in sagregation for allmost one year in violation of the United States Constitution, forth Amendment for the false inprisonment a violation to the prisoners rights.

②: The prison withing the prison does exist and is called Sagregation, The Hole, the shoe were the prisoner is taken for commiting a new crime or broke any rules or regulation from the institution, facility or a correctional facility to which the prisoner has been sent to complete his sentence, and to ejoy hes staying in the prison system which has so many prebliges as for freedom to be in the population along with the rest of the prisoners. ①: But, If the prisoner is charged with a new case, brakes the rules and regulations of the prison, he will be sent to the prison withing the prison for violating the rules and regulations from that prison, and will be put in the prison withing the prison, but only if he has been charged for a new case or has broken the prisons rules and regulations. ② exetera, exetera, exetera.

ⓑ: I spent one year in sagregation locked down, under the violation of the prisoners rights in violation of the United states constitution fourth Amendment violation for the false in prisonment to my person.

<u>Tort Claim</u>, for "damages" to "Properties" and "Person's abused" in many ways by a Facility Personnel and all.

In this tort claim, the claime is for a few things like:

(a): The discrimination from the food service department, from the rest of the workers from the food service department. I was taken off the Kitchen workers Pay List because I was the new worker and so the food service made up their mind to discriminate me by takeing me off the workers List so that I couldn't get my Pay checks as the other workers would be receiving their Paychecks.

The main event is the "false inprisonment" done to my person using their quarenteen technique. In which the facility Personel committed the violation to the Prisoners right, by the false inprisonment done to my person in violation of the united states Constitutions fourth Amendment.

(b): I was taken into the Prison within the Prison, in violation of the Prisoners rights and also by doing a violation to the united states Constitution's fourth Amendment by violating the Prisoners rights.

(1): I spent one year in sufering, locked in the segregation unit for a month or more, and then I was moved to a locked down in the health service department where I spent a month or more sofering lonelliness, and taken from the rest of the Prison Population, having lost all of the Prisoners Privileges, and this cost me some extreme hardship of sofering.

(c): I was locked in the segregation unit and then I was locked in the Bravo unit, and then I was locked in the EF unit. I was in a locked down statutes since march of 2020, and then some.

I was told that I had been put in the locked down statutes because of the Covic 19 infection that was going on in some Places... And I was told that I was infected with the Covic 19 infectation, but then, when I asked for the certification of my illness, I was told that they didn't know if I got infected or not, and they gave me a certificate paper where it said that I was not inffected at all, but that I was put into quarenteen for safe keepping.

(2): "One year" of quarenteen statutes, seam to much, and in deed have made the false Prisonment, braking the Prisoners rights and damaging the Prisoners freedom and Privileges. causing the streme harship of sofering to my Person.

The violation to the Prisoners Rights has made the violation to the united states Constitutions fourth Amendment. The Prisoners Right violation does violates the Constitution's fourth Amendment. and therefore, this "Tort claim" has been filed to this united states District Court Honorable Judge, to creat a Jury trail for this (10,000,000.) Ten Million Dollars, "Tort claim" for damages of Property and Personal abused"

The Grate Plains Correctional Facility Made the announcement trough their official letting us know that the Grate Plains Correctional Facility was going to be in the the quarenteen starting in March; No one was going to be let in from the outside as for the inmates visitors and they were gona stop the intake of inmates from receiving any Prisoners but, their quarenteen was broken by their error of accepting to bring the load of Prisoners from an infected County of Some Place withing the State of Oklahoma in April, and these inmates were carring the covic 19 illness into the G.P.C.F which put all the Prison Population in danger of the covic 19 Virus.

⑥. This was the Plain error on the Facilities behalf because they make the mistake and because of their mistake, I was placed into danger and so, they said that I was infected with the covic 19 Virus and therefore I was placed in quarenteen, a quarenteen that lasted a "One year" and for the one year I was locked in a Prison withing a Prison under the violation of the Prisoners rights and the Violation to the United States for the false inprisenment.

This "Tort claim", For the Sum of Ten Million Dollars (10.000.000) is been sent to this United States District Court For the creation of a Jury trail, to settle this matter in the Oklahoma City United States District Court.

I. Would like to ask to this United States District Court Honorable Judge to "Please do accept My "Tort claim" Petition to claim for damges done to My Person, and to the United States Constitutions, Fourth Amendment by the Violation to the Prisoners rights, which activated the Violation to the United States Constitutions Fourth Amendment.

Thank You Very Much Your Honor
Sinceraly yours truthfully
Peter Rodriguez Cortez

Signature: Peter R Cortez     Date 3/22/2021

The Grate Plains Correctional Facility didn't Passed the Federal Bureau of Prisons Inspection to maintain any inmates at this time and is been ordered not fit to had had any Prisoners in this Correctional Facility, and therefore all this things should be taken under the consideration for My "Tort claim" as for the false inprisonment and the dangers I had to faced while in this Great Plains Correctional Facility.

I was in this federal Correctional Facility for one year under lock and key, and all my Prisoner Privileges were taken away from me because the G.P.F.C. Personnel small made the decision to have put me under lock and key without thinking that the Prisoners right existed and were being violated by the decision taken to keep me locked in segregation, Health Service department and Bravo unit, E:F unit E:G unit and then in the C:B unit... I spent one year in locked down statute in violation of the United States Constitution's Fourth Amendment because of this G.P.F.C and all plain error decision.

"The Prison withing the Prison does exist," and anyone whom goes into this Prison withing the Prison system is idex violated a rule or regulation from the G.P.F.C. or has made some kind of a crime, and I have not committed any crimes or violated any rule or regulation to had been arrested and put into the Prison withing the Prison.

Even, the prisoners have some liberties and privileges in a prison system but, if the prisoner commits any crime or brakes any of the rules and regulations, the prisoner will end up in the segregation unit under lock and key plus all the privileges will be taken from the prisoner... My question is: What rule or regulation did I brake or what was the crime committed by me to had been punished for one year under lock and key?

I was told by Warden Fox, the G.P.F.C. when I told him that I was taken from the segregation unit, to the Bravo unit where I was placed in a two men cell by myself, under lock and key the warden Mr. Fox said, the Bravo unit is not a segregation unit. I was under lock and key the very same way as the segregation unit therefore the violation to the Prisoners right does exist here and in any other unit in which I was kept under lock and key with the lost of all the privileges of the prisoners that had been taken away from me for no reason at all... the error for their decision made a dent to the Prisoners Rights and made a big violation to the United States Constitution's Fourth Amendment.

All that I know now is that this G.P.F.C is being closed down because this G.P.F.C. didn't pass the Bureau of Prison's federal inspection and this made me more afraid because of the dangers I had been put through while my stay here in this G.P.F.C... I don't know how or why I was brought to this name federal facility if I am a federal Prisoner. But, this a good thing to add to my False Imprisonment claim which I am adding here to my Tort Claim for the Restitution of Ten Million Dollars (10,000000) for this G.P.F.C warden an all claim of a wrongful ation and the cruel Punishment and the Discrimination to my Person.

I will be moved to another facility within the next month or so, and I would like to ask to this United States District Court to follow my lead or to find me by my Federal Bureau of Prisons name and number: Pedro Rodriguez Cortez 64394080 to have me informed of this Tort Claim Court hearing. Okay. OR I may be given a notice trough my niece:
→ Christal Godinez Rodriguez
at phone No: (510) 967-6191 Oakland California
1869 38th Avenue
Oakland, California 94601

900 North Miami Avenue, Room 8
Miami, FL 33128