# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEDRO RODRIGUEZ CORTEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREAT PLAINS CORRECTIONAL ) <br> FACILITY, et al., ) <br> ) <br> Defendants. ) | Case No. CIV-21-252-D |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 29], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

**IT IS SO ORDERED** this 11th day of January, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge